# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

Civil Action No. _____

| | |
|---|---|
| UNITED SOVEREIGN AMERICANS, INC., *et al.*,<br><br>　　Plaintiffs,<br><br>　　vs.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS, *et al.*<br><br>　　Defendants. | **DISCLOSURE STATEMENT**<br>**PURSUANT TO FED. R. CIV. P. 7.1**<br>(Civil Action) |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, **Plaintiff United Sovereign Americans, Inc.,** makes the following disclosure:

1. Is the party a non-governmental corporate party?

   ☒ YES  ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

   No such corporation.

3. If the answer to Number 1 is "yes," list below any publicly-held corporate that owns 10% or more of the party's stock or state that there is no such corporation:

   No such corporation.

The undersigned party understand that under Rule 7.1 of the Federal Rules of Civil Procedure, he must promptly file a supplemental statement upon any changes in the information that this statement requires.

Respectfully submitted, this the 28th day of August, 2024.

By: /s/ Bruce L. Castor, Jr.
    Bruce L. Castor, Jr.
    PA I.D. No: 46370
    van der Veen, Harshorn, Levin, & Lindheim
    1219 Spruce Street, Philadelphia, PA 19107
    Phone: 215-546-1000 ext. 218 / Fax: 215-546-8529
    bcastor@mtvlaw.com
    *Attorney for the Plaintiffs*

By: /s/ Matthew P. Ceradini
    Matthew P. Ceradini
    NC Bar No: 45921
    Ceradini Law, PLLC
    8480 Honeycutt Rd., Ste. 200, Raleigh, NC 27615
    Phone: 919-931-0702 / Fax: 919-825-1805
    m.ceradini@ceradinilaw.com
    *Local Civil Rule 83.1(d) Attorney*