IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:24-CV-00128-M-RJ

| | |
|---|---|
| UNITED SOVEREIGN AMERICANS, INC., et al., | ) ) ) |
| Petitioners, | ) ) |
| v. | ) ) |
| NORTH CAROLINA STATE BOARD OF ELECTIONS, et al., | ) ) ) |
| Respondents. | ) ) |

**ORDER**

At the direction of the Court, and for the continued efficient administration of justice, the above-captioned case is redesignated as a Western Division case. The Honorable Richard E. Myers II, Chief United States District Judge, will remain the presiding judge. **All future filings should reflect the new case number of 5:24-CV-500-M-BM.** No further filing shall be made in 4:24-CV-128-M-RJ.

SO ORDERED. This 29th day of August, 2024.

/s/ Peter A. Moore, Jr.
Clerk of Court