UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-cv-500

| | |
|---|---|
| UNITED SOVEREIGN AMERICANS, INC.; and RICHARD YOST, <br><br> Petitioners, <br><br> v. <br><br> NORTH CAROLINA STATE BOARD OF ELECTIONS; JOSHUA STEIN, in his official capacity as Attorney General of North Carolina; and MERRICK GARLAND, in his official capacity as Attorney General of the United States, <br><br> Respondents. | **NOTICE OF RELATED CASE** |

The North Carolina State Board of Elections, pursuant to Local Rule 40.3(b), hereby notifies the Court that the following case is related to this one:

1. *Republican National Committee, et al. v. North Carolina State Board of Elections, et al.*, No. 5:24-cv-00547 (filed September 23, 2024).

The North Carolina State Board of Elections is a party in both cases, and both cases will require the Court to interpret the voter-registration and list-maintenance processes set forth in the Help America Vote Act (HAVA), 52 U.S.C. §§ 20901-21145, and the National Voter Registration Act, 52 U.S.C. §§ 20501-20511, respectively. Thus, the cases concern substantially the same parties, transactions, or events and call for a determination of the same or substantially related or similar questions of law and fact. *See* Local Rule

40.3(a)(1)-(2). Additionally, litigating the two cases before different judges would likely be unduly burdensome and duplicative and risk conflicting results. *See id.* 40.3(3).

Respectfully submitted, this 24th day of September 2024.

>Mary Carla Babb
>Special Deputy Attorney General
>N.C. State Bar No. 25731
>MCBabb@ncdoj.gov
>
>Terence Steed
>Special Deputy Attorney General
>N.C. State Bar No. 52809
>TSteed@ncdoj.gov
>
>/s/ South A. Moore
>South A. Moore
>Deputy General Counsel
>N.C. State Bar No. 55175
>SMoore@ncdoj.gov
>
>North Carolina Department of Justice
>P.O. Box 629
>Raleigh, NC 27602
>Phone: 919-716-6900
>Fax: 919-716-6758

# CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Related Case was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the below listed attorneys for Petitioners:

Bruce L. Castor, Jr.
Van der Veen, Hartshorn, Levin & Lindheim
1219 Spruce Street
Philadelphia, PA 19107
bcastor@mtvlaw.com
Phone: (215) 546-1000

Matthew P. Ceradini
Ceradini Law, PLLC
8480 Honeycutt Road, Suite 200
Raleigh, NC 27615
m.ceradini@ceradinilaw.com
Phone: (919) 931-0702

*Counsel for Petitioners*

This the 24th day of September 2024.

/s/ South A. Moore
South A. Moore
Deputy General Counsel