# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
Eastern District of North Carolina

Case Number: 24-CV-00500

Plaintiff:
**UNITED SOVEREIGN AMERICANS INC., et al.**

vs.

Defendant:
**NORTH CAROLINA STATE BOARD OF ELECTIONS, et al.**

For:
VAN DER VEEN, HARTSHORN & LEVIN
1219 Spruce St.
Philadelphia, PA 19107

Received by COURT HOUSE LEGAL SERVICES, INC. to be served on **MERRICK GARLAND, ATTORNEY GENERAL OF THE UNITED STATES, 950 PENNSYLVANIA AVE. N.W., WASHINGTON, DC 20530**.

I, Christopher J. Mullen, being duly sworn, depose and say that on the **17th day of September, 2024** at **5:45 am, I:**

**AUTHORIZED:** served by delivering a true copy of the **SUMMONS AND PETITION FOR RELIEF IN THE FORM OF A WRIT OF MANDAMUS** to **ELY, MAIL CLERK VIA CERTIFIED MAIL** as AUTHORIZED AGENT, who stated they are authorized to accept service for: **MERRICK GARLAND, ATTORNEY GENERAL OF THE UNITED STATES** at the address of: **950 PENNSYLVANIA AVE. N.W., WASHINGTON, DC 20530**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
THE ONLY METHOD OF SERVICE IS CERTIFIED MAIL. CERTIFIED MAIL SENT ON 9/12/24 AND RECEIVED 9/17 5:45AM.  COPY OF GREEN CARD AND TRACKING DELIVERY CONFIRMATION ARE ATTACHED

I am over the age of 18 and have no interest in the above action.

Christopher J. Mullen
Process Server

Subscribed and Sworn to before me on the 1st day of October, 2024 by the affiant who is personally known to me.

NOTARY PUBLIC

MATTHEW J HOJNOWSKI
Notary Public, State of New Jersey
My Commission Expires May 25, 2028

**COURT HOUSE LEGAL SERVICES, INC.**
**112 Haddontowne Ct, Ste. 304**
**Cherry Hill, NJ 08034**
**(856) 428-4700**

Our Job Serial Number: CHL-2024009176
Ref: UNITED SOVEREIGN AMERICANS

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

ALERT: HURRICANE HELENE, FLOODING, AND S

# USPS Tracking®

**Tracking Number:**

## 70192970000077503283

Copy    Add to Informed Delivery (https://inf

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.85 |
| | $6.10 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $4.91 |
| Total Postage and Fees | $13.86 |

Postmark
Here
SEP
2024
WOODCREST
09/12/2024

Sent To  METRICK GARLAND A. G.
Street and Apt. No., or PO Box No.  950 PENNSYLVANIA AVE. N.W.
City, State, ZIP+4  WASHINGTON, DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

## Latest Update

Your item was picked up at a postal facility at 5:45 am on September 17, 2024 in WASHINGTON, DC 20535.

## Get More Out of USPS Tracking:

### USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20535
September 17, 2024, 5:45 am

See All Tracking History

What Do USPS Tracking Statu

Text & Email Updates

USPS Tracking Plus®

Product Information

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

METRICK GARLAND A.G.
950 PENNSYLVANIA AVE. N.W.
WASHINGTON, DC 20530

9590 9402 5764 0003 2864 98

2. Article Number *(Transfer from service label)*
7019 2970 0000 7750 3283

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
SEP 17 2024

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

Feedback

ECTED 28

# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

| | |
|---|---|
| UNITED SOVEREIGN AMERICANS, INC.<br>And<br>RICHARD YOST<br><br>_____<br>*Plaintiff(s)*<br>v.<br>NORTH CAROLINA STATE BOARD OF ELECTIONS,<br>JOSH STEIN, N.C. Attorney General, And MERRICK<br>GARLAND, U.S. Attorney General<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 5:24-cv-00500-M-BM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
MERRICK GARLAND, ATTORNEY GENERAL OF THE U.S.
950 PENNSYLVANIA AVE N.W.
WASHINGTON, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
> Bruce L. Castor, Jr.
> Van der Veen, Harshorn, Levin, & Lindheim
> 1219 Spruce Street, Philadelphia, PA 19107
> Ph. 215-546-1000 ext. 218
> Fax. 215-546-8529
> bcastor@mtvlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*