UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-cv-00500-M-BM

| | |
|---|---|
| UNITED SOVEREIGN AMERICANS, INC. and RICHARD YOST, <br><br> Petitioners, <br><br> v. <br><br> MERRICK GARLAND, in his official capacity as Attorney General of the United States, <br><br> Respondent. | NOTICE OF APPEARANCE |

Please enter my name as an attorney of record on behalf of the Respondent in the above-captioned action. Copies of all correspondence and pleadings should be sent to the undersigned at the below address.

Respectfully submitted, this 9th day of October, 2024.

                                              MICHAEL F. EASLEY, JR.
                                              United States Attorney

                                              /s/ Benjamin J. Higgins
                                              BENJAMIN J. HIGGINS
                                              Attorney for Plaintiff
                                              Assistant United States Attorney
                                              150 Fayetteville Street, Suite 2100
                                              Raleigh, NC 27601
                                              Telephone: (919) 856-4530

Email: benjamin.higgins2@usdoj.gov
N.C. Bar #690969

*Attorney for the Respondent*

CERTIFICATE OF SERVICE

This is to certify that I have, this day of October 9, 2024, served a copy of the foregoing Notice upon Petitioner's counsel of record by filing the same via the District Court's CM/ECF Document Filing.

Bruce L. Castor, Jr.
van der Been, Hastshorn, Levin & Lindheim
1219 Spruce Street,
Philadelphia, PA 19107
bcastor@mtvlaw.com

Matthew Phillip Ceradini
13538 New Light Road
Raleigh, NC 27614
ceradinilaw@gmail.com

/s/ Benjamin J. Higgins
BENJAMIN J. HIGGINS
Attorney for Plaintiff
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Email: benjamin.higgins2@usdoj.gov
N.C. Bar #690969

*Attorney for the Respondent*