UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-cv-500

| | |
|---|---|
| UNITED SOVEREIGN AMERICANS, INC.; and RICHARD YOST, <br><br> Petitioners, <br><br> v. <br><br> NORTH CAROLINA STATE BOARD OF ELECTIONS; JOSHUA STEIN, in his official capacity as Attorney General of North Carolina; and MERRICK GARLAND, in his official capacity as Attorney General of the United States, <br><br> Respondents. | **STATE RESPONDENTS' MOTION TO DISMISS** |

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, State Respondents the North Carolina State Board of Elections and Attorney General Joshua H. Stein move to dismiss Petitioners' Complaint (D.E. 1) for lack of jurisdiction and failure to state a claim upon which relief can be granted. In support of their motion, State Respondents file the accompanying memorandum of law.

This the 9th day of October, 2024.

    Sarah G. Boyce
    Deputy Attorney General and General Counsel
    N.C. State Bar No. 56896
    SBoyce@ncdoj.gov

    Mary Carla Babb
    Special Deputy Attorney General
    N.C. State Bar No. 25731
    MCBabb@ncdoj.gov

1

Terence Steed
Special Deputy Attorney General
N.C. State Bar No. 52809
TSteed@ncdoj.gov

/s/ South A. Moore
South A. Moore
Deputy General Counsel
N.C. State Bar No. 55175
SMoore@ncdoj.gov

North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602
Phone: 919-716-6900
Fax: 919-716-6758

*Counsel for the North Carolina State Board of Elections and Attorney General Joshua H. Stein*

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the below listed attorneys for Petitioners:

Bruce L. Castor, Jr.
Van der Veen, Hartshorn, Levin & Lindheim
1219 Spruce Street
Philadelphia, PA 19107
bcastor@mtvlaw.com
Phone: (215) 546-1000

Matthew P. Ceradini
Ceradini Law, PLLC
8480 Honeycutt Road, Suite 200
Raleigh, NC 27615
m.ceradini@ceradinilaw.com
Phone: (919) 931-0702

*Counsel for Petitioners*

This the 9th day of October 2024.

/s/ South A. Moore
South A. Moore
Deputy General Counsel