# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| United Sovereign Americans, Inc. et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 5:24-cv-500 |
| North Carolina State Board of Elections et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The North Carolina State Board of Elections and Attorney General Joshua Stein in his official capacity.

Date: 11/07/2024

/s/ Sripriya Narasimhan
*Attorney's signature*

Sripriya Narasimhan, N.C. Bar. No. 57032
*Printed name and bar number*
North Carolina Department of Justice
114 W. Edenton Street
Raleigh, NC 27603

*Address*

snarasimhan@ncdoj.gov
*E-mail address*

(919) 716-6421
*Telephone number*

*FAX number*