UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-cv-00500-M-BM

| | |
|---|---|
| UNITED SOVEREIGN AMERICANS, INC. and RICHARD YOST, | ) ) ) |
| Petitioners, | ) RESPONDENT |
| | ) MERRICK GARLAND'S |
| v. | ) MOTION TO DISMISS |
| | ) PETITIONERS' |
| MERRICK GARLAND, IN HIS OFFICIAL | ) PETITION FOR RELIEF |
| CAPACITY AS ATTORNEY GENERAL OF | ) IN THE FORM OF A |
| THE UNITED STATES, et al., | ) WRIT OF *MANDAMUS* |
| | ) |
| Respondents. | ) |

Respondent Merrick Garland, in his official capacity as Attorney General of the United States, by and through the United States Attorney for the Eastern District of North Carolina, hereby moves pursuant to Rules 12(b)(1) and (b)(6) of the Federal Rules of Civil Procedure to dismiss Petitioners' Petition for Relief in the Form of a Writ of Mandamus [DE 1] based on lack of subject-matter jurisdiction and failure to state a plausible claim upon which relief may be granted. The United States has contemporaneously filed a memorandum in support of the motion to dismiss.

Respectfully submitted this 15th day of November 2024.

    MICHAEL F. EASLEY, JR.
    United States Attorney

    By: /s/ *Michael G. James*
    MICHAEL G. JAMES
    Assistant United States Attorney
    U. S. Attorney's Office Civil Division
    150 Fayetteville Street, Suite 2100
    Raleigh, NC 27601

Telephone: (919) 856-4530
E-mail: mike.james@usdoj.gov
N.Y. Reg. No. 2481414

CERTIFICATE OF SERVICE

This is to certify that undersigned counsel has on this 15th day of November 2024, served a copy of the foregoing Motion to Dismiss upon Petitioners' counsel of record by filing the same via the District Court's CM/ECF Document Filing System or placing a copy in the U.S. Mail addressed to the following:

Van der Veen, Ilartshorn, Levin, & Lindheim
By: /s/ Bruce L. Castor. Jr.
Bruce L. Castor, Jr.
PA I.D. No. 46370
Pro Hac hce
1219 Spruce Street
Philadelphia, PA 19107
Main: (215) 546-1000
Fax: (215) 546-8529
Email: bcastor@mtvlaw.com

By: /s/ Matthew P. Ceradini
Matthew P. Ceradini
NC Bar No: 45921
Ceradini Law, PLLC
8480 Honeycutt Rd., Ste. 200, Raleigh, NC 27615
Phone: 919-931-0702/ Fax: 919-825-1805
m.ceradini@ceradinilaw. com
Local Civil Rule 83.1(d) Attorney

    MICHAEL F. EASLEY, JR.
    United States Attorney

    By: /s/ Michael G. James
    MICHAEL G. JAMES
    Assistant United States Attorney
    U. S. Attorney's Office Civil Division
    150 Fayetteville Street, Suite 2100
    Raleigh, NC 27601
    Telephone: (919) 856-4530
    E-mail: mike.james@usdoj.gov
    N.Y. Reg. No. 2481414

3