UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-cv-00500-M-BM

| | |
|---|---|
| UNITED SOVEREIGN AMERICANS, INC., and RICHARD YOST, | ) ) ) ) |
| Petitioners, | ) ) |
| v. | ) ) ) |
| MERRICK GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, et al., | ) ) ) ) ) |
| Respondents. | ) |

CONSENT MOTION TO STAY THE PROVISIONS OF THE ORDER FOR DISCOVERY PLAN PENDING THE COURT'S RESOLUTION OF THE RESPONDENTS' MOTIONS TO DISMISS PETITIONER'S PETITION

Merrick Garland, Attorney General of the United States ("Respondent"), by and through the United States Attorney for the Eastern District of North Carolina, with the consent of United Sovereign Americans, Inc., and Richard Yost ("Petitioners"), and the North Carolina State Board of Elections and Josh Stein, the Attorney General of North Carolina ("State Respondents"), moves the Court to stay its November 18, 2024 Order for Discovery Plan [D.E. 34], and in support show unto the Court:

**RELEVANT BACKGROUND**

1. On August 28, 2024, Petitioners filed the instant Petition for Relief in the Form of a Writ of Mandamus, which requested that the Court issue a writ of mandamus to compel Respondent and State Respondents to enforce provisions of the National Voter Registration Act and Help America Vote Act. Petition [D.E. 1].

2. On October 9, 2024, State Respondents filed a motion to dismiss the petition. Mot. to Dismiss [D.E. 27]; Mem. in Supp. [D.E. 28].

3. On November 15, 2024, Respondent filed a motion to dismiss the petition. Mot. to Dismiss [D.E. 32]; Mem. in Supp. [D.E. 33].

4. On November 18, 2024, the Court issued its Order for Discovery Plan, which required the parties to confer pursuant Rule 26(f) of the Federal Rules of Civil Procedure on a discovery plan no later than December 18, 2024, and submit the proposed discovery plan and exchange initial disclosures (unless a different time is set by the parties' stipulation, a court order, or if a party objects to the during the Rule 26 conference) within 14 days of the conference. Order for Discovery Plan [D.E. 34].

5. On December 2, 2024, the parties conferred via email regarding Respondent's intent to file a motion to stay the Court's Order for Discovery Plan [D.E. 34]. The parties agreed that staying the Order for Discovery Plan [D.E. 34], which includes the requirement that the parties meet and confer under Rule 26(f) and the filing of a proposed discovery plan, until the Court resolves the pending motions to dismiss would likely promote judicial efficiency as resolution of the pending motions may result in the dismissal of some respondents and/or cull the disputed issues.

WHEREFORE, Respondent, with the consent of Petitioners and State Respondents, respectfully requests the Court enter an order staying the Order for Discovery Plan [D.E. 34] until the Court resolves the pending motions to dismiss.

Respectfully submitted this 5th day of December 2024.

>MICHAEL F. EASLEY, JR.
>United States Attorney
>
>By: /s/ *Michael G. James*
>MICHAEL G. JAMES
>Assistant United States Attorney
>U. S. Attorney's Office Civil Division
>150 Fayetteville Street, Suite 2100
>Raleigh, NC 27601
>Telephone: (919) 856-4530
>E-mail: mike.james@usdoj.gov
>N.Y. Reg. No. 2481414
>*Attorney for the Respondent*

CERTIFICATE OF SERVICE

This is to certify that undersigned counsel has on this 5th day of December 2024, served a copy of the foregoing upon the below-listed party by electronically filing the same via the District Court's CM/ECF Document Filing System:

Van der Veen, Hartshorn, Levin, & Lindheim
By: /s/ Bruce L. Castor. Jr.
Bruce L. Castor, Jr.
PA I.D. No. 46370
*Pro Hac Vice*
1219 Spruce Street
Philadelphia, PA 19107
Main: (215) 546-1000
Fax: (215) 546-8529
Email: bcastor@mtvlaw.com

By: /s/ Matthew P. Ceradini
Matthew P. Ceradini
NC Bar No: 45921
Ceradini Law, PLLC
8480 Honeycutt Rd., Ste. 200,
Raleigh, NC 27615
Phone: 919-931-0702/ Fax: 919-825-1805
m.ceradini@ceradinilaw. com
Local Civil Rule 83.1(d) Attorney

Mary Carla Babb
NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629
919-716-6573
Fax: 919-716-0001
Email: mcbabb@ncdoj.gov

Sarah G. Boyce
North Carolina Department of Justice
114 W. Edenton Street
Raleigh, NC 27602
919-716-6400
Email: sboyce@ncdoj.gov

4

Case 5:24-cv-00500-M-BM    Document 35    Filed 12/05/24    Page 4 of 5

Sripriya Narasimhan
North Carolina Department of Justice
114 W Edenton St
Raleigh, NC 27603
919-716-6421
Email: snarasimhan@ncdoj.gov

Terence Steed
NC Department of Justice - Public Safety Section
P. O. Box 629
Raleigh, NC 27602
919-716-6567
Fax: 919-716-6761
Email: tsteed@ncdoj.gov

South A. Moore
North Carolina Department of Justice
General Counsel's Office
114 W. Edenton Street
Raleigh, NC 27603
919-716-0914
Email: smoore@ncdoj.gov

                                      MICHAEL F. EASLEY, JR.
                                      United States Attorney

                                        By: /s/ *Michael G. James*
                                      MICHAEL G. JAMES
                                      Assistant United States Attorney
                                      U. S. Attorney's Office Civil Division
                                      150 Fayetteville Street, Suite 2100
                                      Raleigh, NC 27601
                                      Telephone: (919) 856-4530
                                      E-mail: mike.james@usdoj.gov
                                      N.Y. Reg. No. 2481414
                                      *Attorney for the Respondent*