IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-500-M-BM

| | | |
|---|---|---|
| UNITED SOVEREIGN AMERICANS, INC., and RICHARD YOST, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | **ORDER** |
| NORTH CAROLINA STATE BOARD OF ELECTIONS, et al., | ) ) ) | |
| Respondents. | ) ) | |

This matter is before the court on the motion by respondent Merrick Garland, Attorney General of the United States ("respondent") to stay [DE-35] ("motion to stay") the court's November 18, 2024 order for discovery plan [DE-34] until the resolution of the pending motions to dismiss in this case [DE-27; -32]. United Sovereign Americans, Inc., and Richard Yost ("petitioners"), and the North Carolina State Board of Elections and Josh Stein, the Attorney General of North Carolina, ("state respondents") consent to respondent's motion.

For good cause shown for the reasons stated in the motion, the consent motion to stay [DE-35] is GRANTED. It is therefore ORDERED that the court's November 18, 2024 order for discovery plan [DE-34] is STAYED pending the court's resolution of pending motions to dismiss [DE-27, -32] filed by state respondents and respondent respectively.

IT IS FURTHER ORDERED that within twenty-one (21) days of the court's resolution of the pending motions to dismiss [DE-27, -32], should claims remain, counsel for petitioners, respondent, and state respondents shall participate in a Rule 26(f) conference and file a Rule 26(f) report, unless otherwise ordered by the court.

SO ORDERED, this 9th day of December, 2024.

_____

Brian S. Meyers
United States Magistrate Judge

2