UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-cv-00500-M-BM

| | |
|---|---|
| UNITED SOVEREIGN AMERICANS, INC. and RICHARD YOST, | ) ) ) |
| Petitioners, | ) ) |
| v. | ) ) ) |
| MERRICK GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, et al., | ) ) ) ) |
| Respondents. | ) |

RESPONDENT MERRICK GARLAND'S MOTION FOR EXTENSION OF TIME TO FILE REPLY

Respondent Merrick Garland, in his official capacity as Attorney General of the United States, by and through the United States Attorney for the Eastern District of North Carolina, respectfully moves for an extension of time to file a reply to Plaintiffs' response [D.E. 36] to Respondent's motion to dismiss [D.E. 32].

Counsel for Respondent needs additional time to file a proper reply, and Respondent respectfully requests an extension of time until January 17, 2025.

Counsel for Respondent has communicated with opposing counsel, and opposing counsel does not object to the requested extension.

WHEREFORE, United States of America, respectfully requests an extension of time, up to and including January 17, 2025, in which to file a reply.

Respectfully submitted this 17th day of December, 2024.

                                              MICHAEL F. EASELY, JR.
                                              United States Attorney

                                              BY:  /s/ Benjamin J. Higgins
                                              BENJAMIN J. HIGGINS
                                              Attorney for Respondent
                                              Assistant United States Attorney
                                              150 Fayetteville Street, Suite 2100
                                              Raleigh, NC 27601
                                              Telephone: (919) 856-4530
                                              Email: benjamin.higgins2@usdoj.gov
                                              Massachusetts Bar #690969

CERTIFICATE OF SERVICE

    I do hereby certify that I have this 17th day of December, 2024, served a copy of the foregoing has been served upon Respondent's counsel of record by filing the same via the District Court's CM/ECF Document Filing System.

    /s/ Benjamin J. Higgins
BENJAMIN J. HIGGINS
Attorney for Respondent
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Email: benjamin.higgins2@usdoj.gov
Massachusetts Bar #690969