**IN THE UNITED STATES DISTRICT COURT**
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DISTRICT
No. 5:24-cv-00500

| | |
|---|---|
| UNITED SOVEREIGN AMERICANS, INC.; ) <br> and RICHARD YOST, ) <br> ) <br>         Petitioners, ) <br>   v. ) <br> ) <br> NORTH CAROLINA STATE BOARD OF ) <br> ELECTIONS; JOSHUA STEIN, in his official ) <br> capacity as Attorney General of North Carolina; ) <br> and MERRICK GARLAND, in his official ) <br> capacity as Attorney General of the United State, ) <br> ) <br>         Respondents. ) | **NOTICE OF WITHDRAWAL** <br> **OF GOVERNMENTAL** <br> **COUNSEL FOR DEFENDANTS** <br><br> **Local Civil Rule 5.2(d)** |

NOW COMES the undersigned, Mary Carla Babb, Special Deputy Attorney General, for the purpose of giving the court notice of withdrawal of governmental counsel pursuant to Rule 5.2(d) of the Local Rules of Civil Practice for the Eastern District of North Carolina to withdraw South Moore as counsel for Respondents North Carolina State Board of Elections in this case. As of Wednesday, January 1, 2025, South Moore is no longer with the N. C. Department of Justice and is no longer associated with this case. This withdrawal will not result in any prejudice, as all other governmental attorneys of record, including the undersigned, for Respondents North Carolina State Board of Elections, its members, and its Executive Director, will remain the same.

    Electronically submitted, this the 9th day of January, 2025.

                                                    JEFF JACKSON
                                                    ATTORNEY GENERAL


                                                    /s/ Mary Carla Babb
                                                    Mary Carla Babb
                                                    Special Deputy Attorney General

N.C. State Bar No. 25731
Email: mcbabb@ncdoj.gov

North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Phone: 919-716-6900
Fax: 919-716-6758

*Counsel for State Board Defendants*