UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-cv-00500-M-BM

| | |
|---|---|
| UNITED SOVEREIGN AMERICANS, INC. and RICHARD YOST, | )<br>)<br>) |
| Petitioners, | )  NOTICE OF<br>)  SUPPLEMENTAL<br>)  AUTHORITY |
| v. | ) |
| | ) |
| MERRICK GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, et al., | )<br>)<br>)<br>) |
| Respondents. | ) |

Respondent Merrick Garland (the "Attorney General"), in his official capacity as the Attorney General of the United States, through the United States Attorney's Office for the Eastern District of North Carolina, hereby submits this notice of authority in support of the Attorney General's motion to dismiss [D.E. 32].

In 2024, Petitioner United Sovereign Americans, Inc. filed petitions against the Attorney General that are substantially similar to the instant petition in numerous courts around the country. *See, e.g.*, *United Sovereign Americans v. Byrd*, 4:24-cv-327 (N.D. Fla.). In response, the Attorney General has sought dismissal on the same bases asserted in the motion to dismiss filed in this case. *See* D.E. 33; *see also* Exhibit 1 (Motion to Dismiss filed in *Byrd*).

The United States District Court for the Northern District of Florida recently granted the government's motion to dismiss in the *Byrd* case. That ruling is attached

for this Court's consideration. *See* Exhibit 2 (Order Granting the United States of America's Motion to Dismiss).

Respectfully submitted this 15th day of January 2025.

    MICHAEL F. EASLEY, JR.
    United States Attorney

    By: /s/ *Michael G. James*
    MICHAEL G. JAMES
    Assistant United States Attorney
    U. S. Attorney's Office Civil Division
    150 Fayetteville Street, Suite 2100
    Raleigh, NC 27601
    Telephone: (919) 856-4530
    E-mail: mike.james@usdoj.gov
    N.Y. Reg. No. 2481414

    BENJAMIN J. HIGGINS
    Assistant United States Attorney
    Civil Division
    150 Fayetteville Street, Suite 2100
    Raleigh, North Carolina 27601
    Telephone: (919) 856-4043
    Email: benjamin.higgins2@usdoj.gov
    Massachusetts Bar # 690969

# CERTIFICATE OF SERVICE

This is to certify that undersigned counsel has on this 15th day of January 2025, served a copy of the foregoing upon Petitioners' counsel of record by filing the same via the District Court's CM/ECF Document Filing System or placing a copy in the U.S. Mail addressed to the following:

Van der Veen, Ilartshorn, Levin, & Lindheim
By: /s/ Bruce L. Castor. Jr.
Bruce L. Castor, Jr.
PA I.D. No. 46370
Pro Hac hce
1219 Spruce Street
Philadelphia, PA 19107
Main: (215) 546-1000
Fax: (215) 546-8529
Email: bcastor@mtvlaw.com

By: /s/ Matthew P. Ceradini
Matthew P. Ceradini
NC Bar No: 45921
Ceradini Law, PLLC
8480 Honeycutt Rd., Ste. 200, Raleigh, NC 27615
Phone: 919-931-0702/ Fax: 919-825-1805
m.ceradini@ceradinilaw. com
Local Civil Rule 83.1(d) Attorney

    MICHAEL F. EASLEY, JR.
    United States Attorney

    By: /s/ Michael G. James
    MICHAEL G. JAMES
    Assistant United States Attorney
    U. S. Attorney's Office Civil Division
    150 Fayetteville Street, Suite 2100
    Raleigh, NC 27601
    Telephone: (919) 856-4530
    E-mail: mike.james@usdoj.gov
    N.Y. Reg. No. 2481414