# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DISTRICT
# No. 5:24-cv-00500

| | |
|---|---|
| UNITED SOVEREIGN AMERICANS, INC.; and RICHARD YOST, | |
| Petitioners, | **NOTICE OF WITHDRAWAL OF GOVERNMENTAL COUNSEL FOR STATE RESPONDENTS** |
| v. | |
| NORTH CAROLINA STATE BOARD OF ELECTIONS; JEFF JACKSON,[1] in his official capacity as Attorney General of North Carolina; and MERRICK GARLAND, in his official capacity as Attorney General of the United State, | **Local Civil Rule 5.2(d)** |
| Respondents. | |

NOW COMES State Respondents and provides notice pursuant to Local Civil Rule 5.2(d) that Special Deputy Attorney General Mary Carla Babb is leaving the North Carolina Department of Justice and will no longer be associated with this case and gives notice of her withdrawal as counsel in this matter.

This withdrawal will not result in any prejudice, as the undersigned, Special Deputy Attorney General Terence Steed will continue to represent State Respondents and verifies that he is aware of, and will comply with, all pending deadlines in the case including proceedings with any scheduled trial or hearings.

This the 24th day of February, 2025.

/s/ Terence Steed
Terence Steed
Special Deputy Attorney General

---

[1] The Honorable Jeff Jackson is the current Attorney General for the State of North Carolina and was automatically substituted as a respondent, pursuant to Rule 25(d) of the Rules of Civil Procedure, for the Honorable Joshua Stein when Mr. Jackson was sworn in as North Carolina's Attorney General on 1 January 2025.

N.C. State Bar No. 52809
Email: tsteed@ncdoj.gov

North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Phone: 919-716-6567

*Counsel for State Respondents*