IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DISTRICT
Civil Action No. 5:24-cv-00500-M-BM

| | |
|---|---|
| UNITED SOVEREIGN AMERICANS, INC., *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> NORTH CAROLINA STATE BOARD OF ELECTIONS, *et al.* <br><br> Defendants. | **NOTICE OF SUBSTITION OF COUNSEL** |

**PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 5.2(c) Matthew P. Ceradini of Ceradini Law, PLLC hereby gives notice of his substitution and appearance as Lead Attorney for the Plaintiffs United Sovereign Americans, Inc. and Richard Yost, in the stead of Bruce L. Castor, Jr. of van der Veen, Hartshorn, Levin, & Lindheim. Mr. Castor wishes to withdraw as counsel for the Plaintiffs and Mr. Ceradini has agreed to be substituted in his place.

Mr. Ceradini hereby verifies that he is aware of and will comply with all pending deadlines in the case, including proceeding with any scheduled trial or hearings.

It is requested that copies of all documents filed with this court be served via the court's CM/ECF system and/or physical mail on Mr. Ceradini at Ceradini Law, PLLC, 8480 Honeycutt Road, Ste. 200, Raleigh, NC 27615.

Respectfully submitted, this the 27th day of March, 2025.

>By: /s/ Matthew P. Ceradini
>Matthew P. Ceradini
>NC Bar No: 45921
>Ceradini Law, PLLC
>8480 Honeycutt Rd., Ste. 200, Raleigh, NC 27615
>Phone: 919-931-0702 / Fax: 919-825-1805
>m.ceradini@ceradinilaw.com
>*Attorney for the Plaintiffs*

By: /s/ Bruce L. Castor, Jr.
Bruce L. Castor, Jr.
PA I.D. No: 46370
van der Veen, Harshorn, Levin, & Lindheim
1219 Spruce Street, Philadelphia, PA 19107
Phone: 215-546-1000 ext. 218 / Fax: 215-546-8529
bcastor@mtvlaw.com
*Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served on counsel of record for all parties below on this date by this Court's CM/ECF system, which will send notification to the following counsel of record in accordance with the Local Rules of this Court:

*Via CM/ECF*:

| | |
|---|---|
| Sripriya Narasimhan, Esq.<br>Terence Steed<br>N.C. Dept. of Justice<br>114 W Edenton St.,<br>Raleigh, NC 27603<br>Ph. 919-716-6421<br>Ph. 919-716-6567<br>snarasimhan@ncdoj.gov<br>tsteed@ncdoj.gov<br>*Attorneys for NCSBE and NC Atty Gen. Josh Stein* | Benjamin J. Higgins, Esq.<br>Michael James, Esq.<br>U.S. Atty's Off. – EDNC<br>150 Fayetteville St., Ste. 2100<br>Raleigh, NC 27601<br>Ph. 919-609-1474<br>Ph. 919-856-4530<br>Benjamin.higgins2@usdoj.gov<br>Mike.james@usdoj.gov<br>*Attorneys for US Atty Gen. Merrrick Garland* |

This the 27th day of March, 2025

/s/ Matthew P. Ceradini Esq.