IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DISTRICT
Civil Action No. 5:24-cv-00500-M-BM

| | |
|---|---|
| UNITED SOVEREIGN AMERICANS, INC., *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS, *et al.*<br><br>Defendants. | **NOTICE OF VOLUNTARY DISMISSAL** |

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiffs United Sovereign Americans, Inc. and Richard Yost, by and through undersigned counsel, voluntarily dismiss their petition and all requested relief, without prejudice.

Respectfully submitted, this the 27th day of March, 2025.

> By: /s/ Matthew P. Ceradini
> Matthew P. Ceradini
> NC Bar No: 45921
> Ceradini Law, PLLC
> 8480 Honeycutt Rd., Ste. 200, Raleigh, NC 27615
> Phone: 919-931-0702 / Fax: 919-825-1805
> m.ceradini@ceradinilaw.com
> *Attorney for the Plaintiffs*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served on counsel of record for all parties below on this date by this Court's CM/ECF system, which will send notification to the following counsel of record in accordance with the Local Rules of this Court:

*Via CM/ECF*:

| | |
|---|---|
| Sripriya Narasimhan, Esq.<br>Terence Steed<br>N.C. Dept. of Justice<br>114 W Edenton St.,<br>Raleigh, NC 27603<br>Ph. 919-716-6421<br>Ph. 919-716-6567<br>snarasimhan@ncdoj.gov<br>tsteed@ncdoj.gov<br>*Attorneys for NCSBE and NC Atty Gen. Josh Stein* | Benjamin J. Higgins, Esq.<br>Michael James, Esq.<br>U.S. Atty's Off. – EDNC<br>150 Fayetteville St., Ste. 2100<br>Raleigh, NC 27601<br>Ph. 919-609-1474<br>Ph. 919-856-4530<br>Benjamin.higgins2@usdoj.gov<br>Mike.james@usdoj.gov<br>*Attorneys for US Atty Gen. Merrrick Garland* |

This the 27th day of March, 2025

/s/ Matthew P. Ceradini Esq.