IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CV-00500-M

UNITED SOVEREIGN AMERICANS,
INC. and RICHARD YOST,

    Plaintiffs,

v.

NORTH CAROLINA STATE BOARD OF
ELECTIONS, et al.,

    Defendants,

ORDER

    This matter comes before the court on Plaintiff's notice of voluntary dismissal [DE 45]. In light of that notice, the pending motions in this matter [DE 27; DE 32] are DENIED AS MOOT and the Clerk of Court is directed to close this case.

SO ORDERED this 28th day of March, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

1